AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Shenghong Tang,

          Plaintiff,

  v.

Security Credit Systems, Inc.

          Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-01800-APG-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

the DEFAULT JUDGMENT is entered against Defendant Security Credit Systems, Inc. in the amount of $1,000.00, and for Plaintiff Shenghong Tang.

9/18/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ K. Ferris  
Deputy Clerk